IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES BURNETT and<br>LETHA A. BURNETT<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>　　　　　Defendants. | :<br>:<br>:　CIVIL ACTION NO. 02-CV-4236<br>:<br>:<br>:<br>:<br>:<br>:　ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>:<br>: |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

     Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____　　　_____
Hope S. Freiwald　　　　　　　　　　　　Aline Fairweather



_____　　　_____
Erin Brennan　　　　　　　　　　　　　　Kirstin J. Miller



                                         DECHERT PRICE & RHOADS
                                         4000 Bell Atlantic Tower
                                         1717 Arch Street
                                         Philadelphia, PA  19103-2793
                                         (215) 994-4000